UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-04479-DOC-Ex | Date | March 27, 2023 |
|---|---|---|---|
| Title | Dajuan Key v. United States of America, et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | Non-Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On July 7, 2022, the Court issued an ORDER Denying request for Leave to Proceed without Prepayment of Filing Fee and leave to amend within 30 days (Dkt.5). As of August 10, 2022, 30 days have passed with no amended filing.

Therefore, the Court **ORDERS** that this action is DISMISSED without prejudice for lack of prosecution.

|  | - : - |
|---|---|
| Initials of Deputy Clerk | kdu |